FILED
SEP - 9 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY

UNITED STATES OF AMERICA

v. CRIMINAL NO. 5:11-CR-00208
18 U.S.C. §1343

CHRISTOPHER B. BLEDSOE

# I N F O R M A T I O N

The United States Attorney Charges:

## COUNT ONE
## (Wire Fraud)

At all relevant times:

1. Defendant CHRISTOPHER B. BLEDSOE was a lawyer practicing in Wyoming County, West Virginia.

2. Defendant CHRISTOPHER B. BLEDSOE was appointed at various times by the local Circuit Court Judges to represent indigent clients in criminal matters pending in Wyoming, Mercer and McDowell Counties.

3. Defendant CHRISTOPHER B. BLEDSOE was to be paid by the West Virginia Public Defender Services ("WV PDS") for the representation of indigent clients.

4. To receive payment, defendant CHRISTOPHER B. BLEDSOE was required to obtain a payment voucher signed by the respective Circuit Court Judge, verifying the amounts owed and services rendered for each individual case, and submit that payment voucher to the WV PDS.

5. To expedite his receipt of funds for these services, defendant CHRISTOPHER B. BLEDSOE entered into an advance payment agreement with a private entity known to the United States Attorney (the "Known Entity").

6. Pursuant to that agreement, defendant CHRISTOPHER B. BLEDSOE submitted copies of signed payment vouchers to the Known Entity, who would advance him payment less a percentage. Defendant CHRISTOPHER B. BLEDSOE, in turn, authorized WV PDS to pay the Known Entity directly for the original vouchers after they were processed by WV PDS.

**The Scheme**

7. From approximately January 2010 until at least February 2011, at or near Pineville, Wyoming County, West Virginia, within the Southern District of West Virginia and elsewhere, defendant CHRISTOPHER B. BLEDSOE knowingly devised and intended to devise a scheme and artifice to defraud the Known Entity, and to obtain money by means of materially false and fraudulent pretenses, representations and promises (hereinafter "the scheme").

**Purpose Of The Scheme**

8. It was a purpose of the scheme for defendant CHRISTOPHER B. BLEDSOE to unlawfully enrich himself and obtain money to which he was not entitled by submitting false and fictitious payment vouchers to the Known Entity.

9. It was further part of the scheme that defendant CHRISTOPHER B. BLEDSOE would and did create payment vouchers which

included the following false and fraudulent representations, among others:

a. Defendant would and did create false payment vouchers representing that he had performed work on cases to which he had been appointed when, in fact, as he knew he had not performed such work or inflated the amount of work performed;

b. Defendant would and did create false payment vouchers representing that he had performed work on cases to which he had been appointed when, in fact, as he knew he had not been appointed to such cases and had not performed work but had rather created fictitious clients and case numbers; and,

c. Defendant would and did falsify the signature of the Circuit Court Judge on the false payment vouchers.

10. It was further part of the scheme that defendant CHRISTOPHER B. BLEDSOE would and did transmit the false and fictitious payment vouchers, via facsimile, from his office in or near Pineville, Wyoming County, West Virginia to the Known Entity located in or near Birmingham, Alabama.

11. It was further part of the scheme that defendant CHRISTOPHER B. BLEDSOE would and did cause the Known Entity to initiate the wire of voucher payments from its bank account held in the State of Alabama to his bank account maintained in the State of West Virginia.

**Use of Wires in Furtherance of the Scheme**

12. On or about February 25, 2010, in or near Pineville, Wyoming County, West Virginia, and within the Southern District of West Virginia and elsewhere, for the purpose of executing the above-described scheme and artifice to defraud, defendant CHRISTOPHER B. BLEDSOE did knowingly cause to be transmitted by means of wire communication in interstate commerce, certain writings, signs, and signals, that is, a facsimile transmission sent from Pineville, West Virginia to Birmingham, Alabama, which contained a false payment voucher in the amount of $2,057.40 for Case No. 10-JA-15.

In violation of Title 18, United States Code, Section 1343.

UNITED STATES OF AMERICA

R. BOOTH GOODWIN II
United States Attorney

By: ______________________________
THOMAS C. RYAN
Assistant United States Attorney